**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| Raymond Ellison, ) | |
|        Plaintiff, ) | |
| ) | Case No. 24 CV 50293 |
| v. ) | |
| ) | Hon. Iain D. Johnston |
| ) | |
| City of DeKalb, et al., ) | |
|        Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    Before the Court is Magistrate Judge Schneider's Report and Recommendation that this case be dismissed under Fed. R. Civ. P. 41(b) for want of prosecution. Dkt. 69. According to the docket, plaintiff Raymond Ellison failed to participate in three telephone conferences. After he failed to participate in one held 1/28/2025, Judge Schneider reset the hearing to 2/19/2025 and warned him that any further failure to participate may result in a recommendation that his case be dismissed. Despite the warning, he also failed to participate in the 2/19/2025 status hearing. Judge Schneider rescheduled the hearing once more, this time to 3/11/2025 and warned him again that failing to participate may result in a recommendation that the case be dismissed for want of prosecution. Despite the warning, Mr. Ellison again failed to participate. Mailed notices of the 2/19/2025 and 3/11/2025 hearings were returned as undeliverable, suggesting that Mr. Ellison has also failed to maintain a current mailing address with the clerk. However, Mr. Ellison was present when Judge Schneider set the first status hearing he missed on 1/28/2025, and she sent him notice of all three of the missed status hearings to his e-mail address on file. In her Report and Recommendation Judge Schneider gave Mr. Ellison until 4/2/2025 to file any objection, but to date he has filed nothing. In light of Mr. Ellison's failures to appear, his failure to maintain a current mailing address with the clerk, and in the absence of any objection, the Court accepts Judge Schneider's Report and Recommendation [69] and dismisses this case for want of prosecution under Fed. R. Civ. P. 41(b). The defendants' motion for a rule to show cause [61] is stricken as moot. Civil case terminated.

Date: April 8, 2025

                                                                      Iain D. Johnston
                                                                      United States District Judge